United States Courts
Southern District of Texas
FILED

December 08, 2023

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v.     § § | CRIMINAL NO. 4:23-cr-00588 |
| WALTER SALEK | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

At all times material to this Criminal Information:

### COUNT ONE
(Wire Fraud - 18 U.S.C. § 1343)

A.  INTRODUCTION

1. Defendant **WALTER SALEK** ("**SALEK**") resided in Houston, Texas.

2. Defendant **SALEK** operated under several business names, including Walter E. Salek Investments LLC ("WSI").

3. On or about May 8, 2019, WSI entered into a ground lease ("Lease") with Regions Bank pertaining to a property located on Old Spanish Trail in Houston, Texas ("Property").

4. On or about June 14, 2019, Defendant **SALEK**, for WSI, assigned WSI's rights under the Lease to a third party based in Fort Worth, Texas.

1

B.     THE SCHEME TO DEFRAUD

5.     From in or around 2014 through in or around 2021, in the Houston Division of the Southern District of Texas and elsewhere, the defendant, **WALTER SALEK** did knowingly execute and attempt to execute a scheme and artifice to defraud an investor whose initials are RS, and to obtain money, funds and credit owned by and under the custody and control of investor RS by means of materially false and fraudulent pretenses, representations and promises including the concealment of material facts.

C.     THE MANNER AND MEANS OF THE SCHEME

6.     Defendant **SALEK** entered into agreements with an individual hereafter referred to as RS, to develop real estate in the Houston, Texas area.  Defendant **SALEK** and RS each agreed to contribute significant capital to these ventures.

7.     Defendant **SALEK** made false statements and representations to RS that RS' capital contributions would be used to develop real estate when in truth and fact defendant **SALEK** used RS' capital contributions for defendant **SALEK'S** personal benefit.  Defendant **SALEK'S** false statements and representations caused RS to send capital contributions of money via interstate wire communications into business bank accounts controlled by defendant **SALEK**.

8.     Defendant **SALEK** provided false and fraudulent information to RS about how RS'S capital contributions were used.

9. Defendant **SALEK** diverted at least $571,000 of the funds provided by RS for **SALEK'S** personal use.

10. As late as in or about June 1, 2021, Defendant **SALEK** continued to make false statements in furtherance of the fraudulent scheme.

All in violation of Title 18, United States Code, Section 1343 and 2.

D.  THE EXECUTION OF THE SCHEME

11. On or about the date listed below, in the Houston Division of the Southern District of Texas, and elsewhere, for the purpose of executing the above-described scheme to defraud and to obtain money by materially false and fraudulent pretenses, representations, and promises, and attempting to do so, the Defendant knowingly caused to be transmitted by means of wire communications in and affecting interstate commerce, the following writings, signals and sounds:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 1 | 6/24/2019 | Email from Defendant **SALEK** to investor RS transmitting a Joint Venture Agreement for a Property located at Old Spanish Trail |

In violation of Title 18, United States Code, Section 1343 and 2.

**NOTICE OF CRIMINAL FORFEITURE**
28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C)

Pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), the United States gives notice to the defendant,

3

## WALTER SALEK

that in the event of conviction of the offense charged in Count 1 of this Criminal Information, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.

## Money Judgment and Substitute Assets

The United States will seek the imposition of a money judgment against each [the] defendant. In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States may seek to forfeit any other property of the defendant[s] in substitution.

        ALAMDAR S. HAMDANI
        UNITED STATES ATTORNEY

By: *Belinda Beek*
      Belinda Beek
      Assistant United States Attorney